## AFFIDAVIT OF SERVICE



## UNITED STATES DISTRICT COURT
## Northern District of Oklahoma

Case Number: 12-CV-72-CVE-TLW

Plaintiff:
**Rebecca L Pruett**

vs.

Defendant:
**Rausch, Sturn, Israel, Enerson and Hornik, LLC**

For:
Matt Reinke
Paramount Law/ Wandres Law Firm
Paramount Law
115 W 3rd St, Fourth Floor
Tulsa, OK  74103

Received by SOUTHEAST WISCONSIN PROCESS, LLC to be served on **Gregory W Enerson @ Rausch, Sturm, Israel, Enerson & Hornik, LLC, 250 N Sunny Slope Road, Suite 300, Brookfield, WI 53005.**

I, Kenneth Kegley, being duly sworn, depose and say that on the **21st day of February, 2012** at **12:20 pm,** I:

**Personally Served** the within named person with a true copy of this **Summons In A Civil Action, Plaintiff's Verified Complaint and Verification Of Complaint And Certification** with the date and hour endorsed thereon by me, pursuant to Wisconsin State Statutes.

I certify that I am over the age of 18, I am a resident of the State of Wisconsin and have no interest in the above action.

Subscribed and Sworn before me on the 22nd day of February, 2012 in Waukesha, State of Wisconsin

NOTARY PUBLIC
My Commission Expires _4-29-12_

**Kenneth Kegley**
Process Server

SOUTHEAST WISCONSIN PROCESS, LLC
707 W. Moreland Blvd., Suite 2
Waukesha, WI 53188
(262) 650-8904

Our Job Serial Number: MDN-2020205568

Service Fee: $45.00

Copyright © 1992-2010 Database Services, Inc. - Process Server's Toolbox V6.4d

