# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OKLAHOMA

Pruett,

                Plaintiff(s),

vs.                                          Case Number: 12-cv-72-CVE-TLW

Rausch, Surm, Israel, Enerson & Honrnik,
                Defendant(s).

## ORDER SCHEDULING BILL OF COSTS HEARING

At the direction of the Clerk of Court, the above referenced case has been set for a Bill of Cost hearing on May 17th, 2012 at 11:00 a.m. The hearing will take place before the Clerk of Court, Phil Lombardi in the Clerk of Court's Office, Room No. 411, U.S. Courthouse, 333 West 4th Street, Tulsa, Oklahoma.

**If there is no written objection filed to the Bill of Costs, the Clerk of Court's Office will tax the Bill of Costs in accordance with the Federal Rules of Civil Procedures and the Local Rules; and your appearance at such hearing will not be necessary.**

Phil Lombardi,
Clerk of Court, United States District Court

s/Lizabeth Lockman

By: Lizabeth Lockman, Deputy Clerk