IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF THE OKLAHOMA

| | | |
|---|---|---|
| REBECCA PRUETT, | ) | |
| Plaintiff, | ) | |
| | ) | Civil File No. 4: 12 -CV-72 |
| v. | ) | |
| | ) | |
| Rausch, Strum, Israel, Enerson, | ) | Rule 68 |
| & Hornik, LLC, | ) | Offer of Judgment |
| Defendant, | ) | |

Pursuant to Rule 68 of the Federal Rules of Civil Procedure, Defendant, Rausch, Sturm, Israel, Enerson & Hornik, LLC, hereafter RSIEH, hereby offers judgment to be taken against it in favor of Plaintiff Rebecca Pruett as follows:

1. Judgment shall be entered in the total amount of One Thousand and no/100 Dollars ($1,000) as against the above named Defendant, RSIEH.

2. In addition, Plaintiff's reasonable attorney's fees and costs now accrued in connection with the above - referenced suit are to be added to said judgment; said attorneys fees and costs as are agreed to between the parties, or if they are unable to agree, as determined by the court upon motion and any responses thereto.

3. The judgment entered in accordance with this Offer of Judgment is to be in total settlement of any and all claims and allegations by Plaintiff, Rebecca Pruett, against the above-named Defendant, and said judgment shall have no effect whatsoever except in settlement of those claims.

4. This Offer of Judgment is made solely for the purposes specified in Rule 68, and is not to be construed either as an admission that Defendant is liable in this action, or that Plaintiff, Rebecca Pruett, has suffered any damages. All liability is denied.

Exhibit 2

In accordance with Rule 68, if this Offer of Judgment is not accepted by Plaintiff, Rebecca Pruett, within fourteen (14) days after service of the Offer, the Offer shall be deemed withdrawn.

Respectfully Submitted,

Deborah A. Peterson OBA #14895
Rausch, Sturm, Israel, Enerson & Hornik
1012 NW Grand Blvd. #A
Oklahoma City OK   73118
405-848-1775
405-840-1164
dpeterson@rsieh.com

AFFIDAVIT OF SERVICE

Service of the attached was made on March 15, 2012, upon the attorney named below via US mail by the undersigned on behalf of Rausch, Sturm, Israel, Enerson, & Hornik, LLC, attorney of record in the said action.

SERVICE OF:

Defendant's Rule 68 Offer of Judgment

UPON:

Victor Wandres
Paramount Law
115 W. 3rd St., ste 411
Tulsa OK   74103

Deborah A. Peterson

Subscribed and sworn to before me this

15th day of March, 2012.

Margaret Stout, Notary Public

INA MARGARET STOUT
NOTARY
# 05008464
EXP. 09/12/13
STATE PUBLIC OF OKLAHOMA