# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OKLAHOMA

Rebecca Pruett,

                Plaintiff(s),

vs.                                            Case Number: 12-cv-72-CVE-TLW

Rausch, Strum, Israel, Enerson, & Hornik LLC,

                Defendant(s).

## ORDER ON BILL OF COSTS

Judgment was entered in this case on March 30th, 2012 against defendant Rausch, Strum, Israel, Enerson, & Hornik LLC.

The Clerk of Court taxed costs as follows:

| Description | Amount |
|---|---|
| Fees of the Clerk of Court | 350.00 |
| Fees for Service of Summons and Subpoena | 45.00 |
| Fees of the Court Reporter for all or any part of the transcript necessarily obtained for use in the case | |
| Fees and disbursement for printing | |
| Witness Fees | |
| Fees for exemplification and copies of papers necessarily obtained for use in the case | |
| Docket Fees under 28 U.S.C. 1923 | |
| Costs as shown on Mandate of Court of Appeals | |
| Compensation of court-appointed experts | |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 | |
| Other costs | |
| TOTAL | 395.00 |

Accordingly, costs are taxed in favor of plaintiff Rebecca Pruett and against defendant Rausch, Strum, Israel, Enerson, & Hornik LLC and included in the judgment in the amount of:     $395.00

_____

Phil Lombardi, Clerk of Court