# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OKLAHOMA

Rebecca Pruett,

                Plaintiff(s),

vs.

Rausch, Sturm, Isreal, Enerson & Hornik, LLC ,
                Defendant(s).

Case Number: 12-cv-72-CVE-TLW
Proceeding: Motion Hearing
Date: 5-31-2012
Court Time: 10:10 a.m.

## MINUTE SHEET

T. Lane Wilson, U.S. Magistrate Judge    C. Portilloz, Deputy Clerk    C2, Reporter

Counsel for Plaintiff: Victor Wandres

Counsel for Defendant: Deborah Peterson

Minutes: Case called for hearing regarding Motion for Attorney Fees (dkt. # 19). Defendant's counsel stipulates to plaintiff's counsel's hourly rate of $225.00. Argument heard. The parties are to notify Magistrate Judge Wilson's courtroom deputy on or before 6/4/12, as to whether a resolution has been reached. The Motion for Attorney Fees (dkt. # 19) is taken under advisement.

Court Time

30 minutes